FILED
Nov 12  3 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. | : | CIVIL ACTION NO.<br>**3:02CV1240A (JBA)** |
| Plaintiff | : | **Lead Case** |
| V. | : | |
| GREENWICH BOARD OF EDUCATION | : | |
| Defendant | : | |
| BOARD OF EDUCATION<br>TOWN OF GREENWICH | : | CIVIL ACTION NO.<br>**3:02CV1283(JBA)** |
| Plaintiff | : | |
| V. | : | **Member Case** |
| MRS. M. AS PARENT AND NEXT FRIEND<br>OF C. | : | NOVEMBER 10, 2003 |
| Defendant | : | |

### MOTION TO WITHDRAW

The parties to the above-named cases have settled all matters. Therefore, the parent requests that her pending Motion to Restore the case to the docket be

withdrawn.

                Respectfully submitted,

                Plaintiff
                Mrs. M. as Parent and Next Friend of C.

                By _____
                Sally R. Zanger
                Klebanoff & Phelan, P.C.
                Corporate Center West
                433 South Main Street Suite 102
                West Hartford, CT 06110
                Tel. No. (860) 313-5005
                Fed. Bar No. CT 10467

**CERTIFICATION OF SERVICE**

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 10th day of November, 2003 to Attorney Valerie E. Maze, Town of Greenwich Law Department, 101 Field Point Road, Greenwich, CT 06836.

Sally R. Zanger