FILED

Nov 12   3 12 PM '03

U S DISTRICT COURT
NEW HAVEN CONN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| L. | : | CIVIL ACTION NO.<br>**3:02CV1240(JBA)** |
| Plaintiff | : | **Lead Case** |
| V. | : | |
| GREENWICH BOARD OF EDUCATION | : | |
| Defendant | : | |
| BOARD OF EDUCATION<br>TOWN OF GREENWICH | : | CIVIL ACTION NO.<br>**3:02CV1283(JBA)** |
| Plaintiff | : | |
| V. | : | **Member Case** |
| MRS. M. AS PARENT AND NEXT FRIEND<br>OF C. | : | NOVEMBER 10, 2003 |
| Defendant | : | |

**MOTION TO WITHDRAW**

The parties to the above-named cases have settled all matters. Therefore,

the parent requests that her pending Motion to Restore the case to the docket be

Janet Bond Arterton, U.S.D.J.

11/14/03:  Motion to Withdraw GRANTED as to doc. #21.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

FILED

Nov 17  3 13 PM '03

U S DISTRICT COURT
NEW HAVEN CONN